# United States Court of Appeals
## For the First Circuit

Nos.18-2232,18-2233,19-1910,19-1911

United States,

Appellee,

v.

SCHULTZ CHAN, a/k/a JASON CHAN; SONGJIANG WANG,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on November 20, 2020, is amended as follows:

On Page 47, line 8, replace "Second" with "Tenth"